IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,                    No. CIV.S-05-0509 MCE DAD PS

    Plaintiff,

  v.                                     FINDINGS AND RECOMMENDATIONS

UNITED STATES GOVERNMENT,

    Defendant.
_____/

       Plaintiff, proceeding in this action pro se, initiated this action by filing a complaint on March 15, 2005, along with an application to proceed in forma pauperis. The matter was referred to a United States Magistrate Judge by Local Rule 72-302(21) pursuant to 28 U.S.C. § 636(b)(1).

       By order filed April 15, 2005, plaintiff's application to proceed in forma pauperis was denied without prejudice to submitting an amended application or payment of the required filing fee within twenty days. In addition, plaintiff was ordered to show cause in writing within twenty days why this matter should not be dismissed for

1

1  lack of subject matter jurisdiction.  See Fed. R. Civ. P. 12(h)(3).
2  Plaintiff was forewarned that failure to timely comply with the terms
3  of the order would result in a recommendation that this action be
4  dismissed.  The twenty-day period has now expired, and plaintiff has
5  not filed an amended in forma pauperis application, paid the required
6  filing fee or otherwise responded to the court's order.  Accordingly,
7  the court HEREBY RECOMMENDS that this action be dismissed without
8  prejudice.  See L.R. 11-110; Fed. R. Civ. P. 41(b).

9         These findings and recommendations are submitted to the
10  United States District Judge assigned to the case, pursuant to the
11  provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
12  served with these findings and recommendations, plaintiff may file
13  written objections with the court.  Such a document should be
14  captioned "Objections to Magistrate Judge's Findings and
15  Recommendations."  Plaintiff is advised that failure to file
16  objections within the specified time may waive the right to appeal the
17  District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir.
18  1991).

19  DATED: May 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

22  DAD:lg
ddad1/orders.prose/fallon0509.f&r.dism

2